UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA E. MAGGIO<br>  Plaintiff<br><br>V.<br><br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS, CHAUFFEURS,<br>WAREHOUSEMEN AND HELPERS OF<br>AMERICA, LOCAL NO. 379, NEW<br>ENGLAND TEAMSTERS AND TRUCKING<br>PENSION FUND, AND CONSTRUCTION<br>TEAMSTERS HEALTH AND WELFARE<br>FUND<br>  Defendants | CIVIL ACTION NO. 05-10721-RCL |

## NOTICE OF DISMISSAL

Plaintiff Alicia E. Maggio, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses *with prejudice* all claims asserted in the above-captioned action against defendant, New England

Teamsters and Trucking Industry Pension Fund.

ALICIA E. MAGGIO<br>
By her attorney,<br><br>
_____<br>
Lindsey Marie Straus, Esquire<br>
BBO #554181<br>
Law Office of Lindsey M. Straus<br>
1583 Main Street<br>
Brewster, MA 02631<br>
(508) 896-8008

Dated: June 3, 2005

## CERTIFICATE OF SERVICE

I, Lindsey M. Straus, hereby certify that on this date I served the above-captioned Notice of Dismissal by mailing a copy, postage pre-paid, to Catherine Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109.

_____<br>
Lindsey M. Straus

Dated: June 3, 2005

2