UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA E. MAGGIO<br>Plaintiff<br><br>V.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL NO. 379, NEW ENGLAND TEAMSTERS AND TRUCKING PENSION FUND, AND CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND<br>Defendants | CIVIL ACTION NO. 05-10721-RCL |

## NOTICE OF DISMISSAL

Plaintiff Alicia E. Maggio, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses *with prejudice,* and without fees or costs, all claims asserted in the above-captioned action against defendants, Construction Teamsters Health and Welfare Fund and International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local No. 379.

1

As a result of such voluntary dismissals, plaintiff has no active claims against any defendants such that this action may now be dismissed in its entirety *with prejudice.*

ALICIA E. MAGGIO
By her attorney,

*/s/ Lindsey S.*
Lindsey Marie Straus, Esquire
BBO #554181
Law Office of Lindsey M. Straus
1583 Main Street
Brewster, MA 02631
(508) 896-8008

Dated: July 11, 2005

## CERTIFICATE OF SERVICE

I, Lindsey M. Straus, hereby certify that on this date I served the above-captioned Notice of Dismissal by mailing a copy, postage pre-paid, to Catherine Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109 and Shelley B. Kroll, Esq., Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108.

*/s/ Lindsey S.*
Lindsey M. Straus

Dated: July 11, 2005

2